# MINUTE ORDER

Page 7

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**    Date: 4/11/24    Time: 1:30 p.m.

Defendant: 2. Luis E. Rodulfo Torres    J#: 09159-511    Case #: 23-20500-CR-ALTMAN/BECERRA (SEALED)
AUSA: Jacob Koffsky    Attorney:
Violation: Conspiracy to Commit Fraud/Access Device Fraud    Surr/Arrest Date: 4/11/24    YOB: 1983
Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
**Bond Set:** $100,000 personal surety    Co-signed by: Wife Fabiana Rodriguez w/i 24 hrs

☑ *Surrender and/or do not obtain passports/travel docs*    Language: Spanish

☑ *Report to PTS as directed*/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☑ *Not to encumber property* **in Hialeah used to collateralize bond**

☑ *May not visit transportation establishments*

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ *Travel extended to:* SD/FL ONLY – NO INTL TRAVEL PERMITTED

☐ Other:

**Disposition:**
Motion to Unseal **Granted**
**Defendant states he will retain counsel.**
The Court accepts the recommended bond. **DEFENDANT RELEASED**

**Brady Order NOT Given**

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
**Report RE Counsel:** 4/25/24    10:00    *Miami Duty*
PTD/Bond Hearing:
**Arraignment:**    4/25/24    10:00    *Miami Duty*
Status Conference RE:
D.A.R. 13:51:56    Time in Court: 9

s/Edwin G. Torres    Chief Magistrate Judge