UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

                                       CASE NO.: 23-20500-CR Altman/Becerra

      Plaintiff,

vs.

Luis E. Rodulfo Torres         NOTICE OF PERMANENT APPEARANCE

Defendant.
_____/

      Arnold Trevilla is a member in good standing of the Florida Bar and admitted to practice in the Southern District of Florida, hereby enters his appearance as attorney of record for Defendant, Luis Rodulfo Torres.  Pursuant to Local Rule 88.7, Counsel notifies this Court that the undersigned appearance is through trial only.

      DATED this 22 day of April, 2024

                                                 Respectfully submitted,
                                                 Arnold Trevilla, P.A.
                                                 Attorney for Defendant
                                                 14160 NW 77 Ct #170
                                                 Miami Lakes, Florida  33016
                                                 Tel: 305- 822-0300
                                                 arnold@trevillalaw.com
                                                 Fla. Bar No.: 183768
                                                 BY:/s/ *Arnold Trevilla*
                                                     ARNOLD TREVILLA

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 22 day of April 2024, a true and correct copy of the above and foregoing has been furnished to the Clerk of this Court by using the CM/ECF system which will send a notice of this electronic filing to all counsel of record.

                                                 */s/Arnold Trevilla*
                                                 Arnold Trevilla