# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 4/25/24     Time: 10:00 a.m.

Defendant: 2) Luis E. Rodulfo Torres     J#: (B)     Case #: 23-20500-CR-ALTMAN/BECERRA
AUSA: Jacob Kofsky                       Attorney: ARNOLD TREVILLA
Violation: CONSP/COMMIT COMPUTER FRAUD/ACCESS DEVICE FRAUD
Proceeding: ARRAIGNMENT                  CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: $100,000 PSB (stip)         Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Brady Order not given

Counsel files permanent appearance for trial purposes only

**Defendant Arraigned:**
**Reading of Indictment Waived**
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Diiscovery Order requested**

**\*\*Brady Order given\*\***

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:07:10                          Time in Court: 3 mins